THE STATE *v.* SMITH.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed, upon the authority of, and for the reasons given in, *Lawrie* v. *The State,* 5 Ind. R. 525, the question arising in the record of each case being the same.   See, also, *Lichtenstein* v. *The State, id.* 162.         ·

*Friday, December* 15.

The judgment is reversed with costs.   Cause remanded, &c.

*R. A. Riley, N. B. Taylor,* and *J. Coburn,* for the state.

------·◦·------

TEHAN and Others *v.* THE STATE.

APPEAL from the *Lawrence* Court of Common Pleas.

*Friday, December* 15.

*Per Curiam.*—The judgment ·in this case is reversed, for the reasons given in *Spencer* v. *The State,* 5 Ind. R. 41, and in *Simington* v. *The State, id.* 479, the questions arising ·in the record of each case being the same.

*G. G. Dunn,* for the appellant.

*R. A. Riley, N. B. Taylor,* and *J. Coburn,* for the state.